

■

194 So.2d 855

**Jessie G. ARGO**

v.

**STATE.**

6 Div. 271.

Court of Appeals of Alabama.

Nov. 22, 1966.

Rehearing Denied Dec. 6, 1966.

Jessie G. Argo, pro se.

Richmond M. Flowers, Atty. Gen., and John C. Tyson, III, Asst. Atty. Gen., for respondent.

PRICE, Presiding Judge.

Petition dismissed.

Certiorari dismissed by Supreme Court, 194 So.2d 855.

■

184 So.2d 380

**Ex parte John D. CHILDERS.**

6 Div. 156.

Court of Appeals of Alabama.

Jan. 18, 1966.

Rehearing Denied Feb. 1, 1966.

John D. Childers, pro se.

Richmond M. Flowers, Atty. Gen., and John C. Tyson, III, Asst. Atty. Gen., for respondent.

CATES, Judge.

Writ denied.

Certiorari denied by Supreme Court 184 So.2d 380.

■

198 So.2d 308

**Orville COUCH**

v.

**STATE.**

7 Div. 740.

Court of Appeals of Alabama.

March 22, 1966.

Rehearing Denied May 10, 1966.

Orville Couch, pro se.

Richmond M. Flowers, Atty. Gen., and John C. Tyson, III, Asst. Atty. Gen., for the State.

PER CURIAM.

This record reveals convictions on pleas of guilt before indictment. Constitution 1901, Amendment 37.

707